# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>oral swab of DNA from Jermaine T. Jones<br>(DOB XX/XX/1974) | Case No. 25-894M(NJ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Eastern    District of    Wisconsin
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    May 26, 2025    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Honorable Nancy Joseph    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    5/12/2025 @ 12:55 p.m.

*Judge's signature:* /s/ Nancy Joseph

City and state:    Milwaukee, WI      Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____<br><br>                                                                *Executing officer's signature*<br><br>                                                                 *Printed name and title* |

## ATTACHMENT A

*Person to be searched*

The person to be searched is **Jermaine T. Jones (DOB XX/XX/1974).**

## ATTACHMENT B

*Property to be seized*

The property to be seized is saliva containing epithelial cells by buccal swab.

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 25-894M(NJ)
oral swab of DNA from Jermaine T. Jones )
(DOB XX/XX/1974) )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

located in the _____Eastern_____ District of _____Wisconsin_____, there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g) | Felon in Possession of Firearm |

The application is based on these facts:
Please see Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent James Buck, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____telephone_____ *(specify reliable electronic means)*.

Date: 5/12/2025

*Judge's signature*

City and state: Milwaukee, WI        Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James Buck, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since June of 2023. Since June of 2023, I have been assigned to the FBI's Milwaukee Area Safe Streets Task Force (MASSTF), a multi-jurisdictional law enforcement entity charged with investigating violations of federal law, including felony possession of firearms as defined under Title 18 of the United States Code. I have been trained in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have participated in criminal investigations, surveillance, search warrants, interviews, and debriefs of arrested subjects.

2. I have been involved in the enforcement and investigation of numerous violations of federal law to include drug trafficking investigations and firearm violation related cases. I have personally participated in numerous investigations that have given me familiarity with the various methods that criminals use to conduct illicit firearm and narcotics transactions in violation of federal law. I have used investigative techniques including, but not limited to consensual monitoring, physical surveillance, witness and subject interviews, court authorized electronic surveillance, review and analysis of telephone records, and the execution of search and arrest warrants.

3. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant to collect an oral swab of DNA from Jermaine T. Jones (DOB XX/XX/1974). Based on the circumstances described below, there is probable cause to believe that Jones committed firearm offenses in the Eastern District of Wisconsin, in violation of

Title 18, United States Code, Sections 922(g)(1) (felon in possession of a firearm). Since this affidavit is only for the limited purpose of securing a search warrant, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient to establish probable cause for the warrant sought. Because this affidavit is submitted for the limited purpose of securing authorization for a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are essential to establish probable cause.

## PROBABLE CAUSE

4. On or about October 12th, 2023, Federal Bureau of Investigation (FBI) Agents, Task Force officers, and Milwaukee Police department officers, executed a search warrant at located at 8710 W. Appleton Av. #6, Milwaukee, Wisconsin. The search warrant was to be executed for firearms retained in/upon the premises, among other items. During the search warrant, it was revealed the residence was unoccupied.

5. Law enforcement started to execute the search of the 8710 W. Appleton Av. #6, Milwaukee, WI by taking photographs before the search began.

6. Apartment # 6 is located on the second floor to 8710 W. Appleton Av. The apartment is in the northwest corner within the building. The 8710 W. Appleton Av. #6 was comprised of a living room located to the west of the apartment

7. During the search warrant execution, members of TEU approached the west facing entry door to 8710 W. Appleton Av. During this time members of TEU entered into the front entry door and made their way up to the second floor. Members of TEU then approached the entry door to apartment number 6 and began knocking while announcing their presence. Officers continued to knock with no response. Officers eventually made entry into the apartment and cleared the

2

residence. During this time, officers observed that Jones was not in the residence. TFO Martez BALL took overall photos of the exterior and interior of 8710 W. Appleton Av. #6 prior to the search and during the recovery of evidence.

8. Affiant knows that the TEU did conduct a search of the residence consistent with the search warrant, with the following results:

- **Living Room**

    a. Black Springfield XD45, .45 caliber semi-automatic handgun (Serial # GM464058) with magazine. Recovered from living room east wall beneath couch by TFO GHASSOUL;

    b. Photo depicting a person standing in the target apartment armed with two firearms recovered from living room end table along east wall by TFO GHASSOUL. Affiant has compared the person depicted in the framed photograph to a prior booking photo of Jones, as well as a State of Wisconsin Department of Transportation photograph of Jones and the figure in the photograph appears to be the same person.

 

*Figure 1: Framed photograph of Jones on table*     *Figure 2: Full Photograph*

- **Kitchen**

    a. Sealed piece of mail that contained advertisement document from Geraci Law addressed to Jermaine Jones at 8710 W. Appleton Av. # 6 – located by P.O. STEWART on the middle shelf of the upper northeast cabinet of the kitchen;

- **Southwest Bedroom**

    a. Black slide over green and black frame, Tara TM-9 9mm semi-automatic handgun (Serial # AA8435) with magazine. Recovered from southwest bedroom along north wall in storage dresser beneath TV in bottom left drawer by TFO GAGLIONE;

    b. Black Tippman Arms M4-22, .22 caliber semi-auto rifle style pistol with magazine (Serial # 021525) and rear receiver pin replaced by bicycle seat clamp. Recovered from southwest bedroom in east wall closet on top

4

shelf, south side by Det. MOLINA;

- **Northwest Bedroom**

    a. Residential Rental Agreement in the name of Jermaine Jones for the residence of 8710 W. Appleton Av. dated 05/01/2017 – located by P.O. DOMINE in the top left drawer of dresser along east wall of northwest bedroom;

    b. Gray "Rams" logo snapback style hat depicted in photograph (Figure 2 above) of suspect recovered from northwest bedroom northeast closet on top shelf in northeast corner recovered by P.O. REAGAN;

    c. Black with wood foregrip, Roman/Cugir 7.62x39mm Micro Draco with Promag high-capacity magazine (Serial # 104236). Recovered from northwest bedroom in northeast closet, on floor along south wall in grey Raider's bag by P.O. REAGAN. This firearm is consistent with the firearm Jones appears to be holding in his right hand in the framed photograph (Figure 2, above) recovered from the living room.

    d. Black Unknown brand manufactured, un-serialized AR rifle chambered in 5.56mm with rear flip up sights (Serial # N/A). Recovered from northwest bedroom in northeast closet on floor by P.O. REAGAN;

    e. Black Taurus model G2C, 9mm semi-auto handgun with magazine (Serial # ABJ894148). Recovered from northwest bedroom in northeast closet within black Sentry safe on the floor of the closet by P.O. REAGAN;

    f. Black Glock Model 19 Gen 5, 9mm handgun equipped with full-auto selector switch machine gun conversion device at the rear of the slide

5

(Serial # BSDE863). Recovered without magazine from northwest bedroom in northeast closet in clothes basket from center of closet within black and grey satchel by P.O. REAGAN;

g. Black FN Herstal Five-Seven, 5.7x28mm semi-auto handgun with magazine (Serial # 386403837). Recovered from northwest bedroom, in top right drawer of computer desk along the west wall in southwest corner by Det. LANZA;

h. Black Glock model 20 Gen 4, 10mm caliber semi-automatic handgun with magazine (Serial # BURZ934). Recovered from northwest bedroom in top right drawer of computer desk along west wall in southwest corner by Det. LANZA;

Throughout the entire residence and more specifically in Jones' northwest bedroom was a large number of identifiers for Jones to include documents and clothing; and a large amount of ammunition along with firearm accessories were recovered.

9. Affiant reviewed Wisconsin Circuit Court Access (CCAP) records which revealed Jermaine T. Jones (B/M 12/11/1974) was convicted on July 11, 2005 of the felony offense of Felon in Possession of Firearm in Milwaukee County Circuit Court Case 2004CF001757. The conviction remains of-record and un-reversed, prohibiting Jones from Possession of any firearm.

10. There were multiple identifiers for Jones recovered throughout the apartment and in close proximity to where the firearms were located. Also, should be noted that the photo located in the living room depicted Jones in possession of two firearms. Those two firearms observed in the photo appear to be located within the residence at the time of the search warrant being conducted.

11. A check in CCAP revealed JONES is a convicted felon having been charged with a felony offense of battery to law officers/fire fighters through Milwaukee County Case No. 1998CF006799, that JONES entered a guilty/No contest plea on 09/15/1999, the conviction remains of-record and un-reversed prohibiting JONES from Possession or construction possession of any firearm.

12. Affiant further bases this affidavit on a review of Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) reports, on which affiant has previously relied and found to be reliable. Those reports reflect that Special Agent John Lindemann reviewed information regarding the place of manufacture for each of the following firearms, which were recovered during the course of the above-described search:

- Exhibit 1 -Tara, TM-9, 9mm pistol bearing serial number AA8435.
- Exhibit 2 - Tippman Arms, model M4-22, .22 caliber pistol bearing serial number 021535.
- Exhibit 3 - Springfield (HS Produkt), model XD45, .45 caliber pistol bearing serial number GM464058.
- Exhibit 4 -ROMARM/Cugir, model Micro Draco 7.62mm pistol bearing serial number PMD-19557-20.
- Exhibit 5 -Glock, model 20GEN4, 10mm pistol bearing serial number BURZ934.
- Exhibit 6 -Glock, model 19GEN5, 9mm pistol bearing serial number BSDE863.
- Exhibit 7 -F.N. Herstal, model Five-Seven, 5.7mm pistol bearing serial number 386403837.
- Exhibit 8-Taurus, model G2C, 9mm pistol bearing serial number ABJ894148.

13. SA Lindemann reported that each of the firearms described above was manufactured outside of the State of Wisconsin. Further, that the characteristics and function of each of the firearms is such that they are defined as firearms under Title 18, United States Code Chapter 44, Section 921(A)(3).

14. Affiant knows that in January 2024, MPD/FBI TFO Miguel Ortega requested and obtained from United States Magistrate Court Judge William Duffin a search warrant (Matter number 24-MJ-58) for the purpose of obtaining a DNA buccal sample from Jermaine Jones. TFO Ortega attempted to serve that warrant on January 31, 2024 at the Milwaukee County Courthouse, where Jones had a scheduled civil court matter. Jones did not appear at that hearing, and TFO Ortega was unsuccessful in serving that warrant at that time.

## CONCLUSION

15. Based on the foregoing, I submit that by taking an oral swab of the inside of Jermaine Jones' inner mouth cheek, there may now be found evidence of the crime of Felon in Possession of Firearm including: DNA matching that of the DNA sample recovered from the firearms recovered from during the search warrant that was conducted at the address of 8710 W. Appleton Av. #6, in Milwaukee, Wisconsin on October 12th, 2023.

8

# ATTACHMENT A

## *Person to be searched*

The person to be searched is **Jermaine T. Jones (DOB XX/XX/1974).**

## ATTACHMENT B

*Property to be seized*

The property to be seized is saliva containing epithelial cells by buccal swab.